JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>      Plaintiffs,<br><br>v.<br><br>DEBRA JO REID, also known as DEB REID, individually and doing business as GOLDEN STATE SPECIALTIES, a sole ownership; and DOES 1 through 10, inclusive,<br><br>      Defendant. | CASE NO. 2:24-cv-03342 DDP(SKx)<br><br>JUDGMENT<br><br>Before the Honorable<br> Dean D. Pregerson<br><br>DATE: October 21, 2024<br>TIME: 10:00 a.m.<br>CTRM: 9C |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against DEBRA JO REID, also known as DEB REID, individually and doing business known as GOLDEN STATE SPECIALTIES, a sole ownership, as follows:

For an order compelling submission to an audit of their business records for the period June 16, 2021 through December 31, 2022 and allowing the auditors to examine and copy the following books, records, papers, documents and reports: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, forms W-2, 1099 and 1096 submitted to the U.S. Government, quarterly state tax returns, health and welfare and pension report for all other trades, cash receipts' journal, copies of all contracts and all material invoices.

IT IS FURTHER ORDERED that DEFENDANT shall pay attorney's fees in the amount of $720.00 and costs pursuant to the Bill of Costs.

DATED: October 28, 2024

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE